# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANDREW L. MEEKS, II, | ) | 3:15-cv-00627-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 20, 2016 |
| | ) | |
| SORSI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion requesting an extension of his copy work limit in excess of $500.00 (ECF No. 14.) Plaintiff states he has exceeded his copy work limit and needs to serve all pleadings, papers, exhibits and documentary evidence on Defendants. The Court notes Defendants filed their Notice of Appearance (ECF No. 13), but have not yet answered Plaintiff's complaint which appears to be due on or before November 6, 2016. Plaintiff has not demonstrated why he requires an additional 5000 pages of copy work. Defendants' opposition merely suggests a more appropriate extension in the sum of $10.00. (ECF No. 15.)

Plaintiff's motion (ECF No. 14) is **GRANTED IN PART.** Plaintiff's copy work limit shall be increased by **$10.00** (which should provide Plaintiff up to 100 copies). The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV 89702) so that the funds can be properly allocated.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
     Deputy Clerk