ADAM PAUL LAXALT
Nevada Attorney General
HEATHER B. ZANA
Deputy Attorney General
Nevada Bar No. 8734
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendants*
*Tara Carpenter, Ray East,*
*Sheryl Foster, William Sandie,*
*and Mark Sorci*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW l. MEEKS, II.,<br><br>Plaintiff,<br><br>vs.<br><br>SORSI, et al.,<br><br>Defendants. | Case No. 3:15-cv-00627-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant(s), Tara Carpenter, Ray East, Sheryl Foster, Williams Sandie and Mark Sorci, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his or her own costs.

**SO STIPULATED:**

DATED this 2 day of April 2018　　　　DATED this 11 day of April 2018

　　　　　　　　　　　　　　　　　　　　　ADAM PAUL LAXALT
　　　　　　　　　　　　　　　　　　　　　Attorney General

By: _____　　By: _____
　　ANDREW L. MEEKS II.　　　　　　　　　　HEATHER B. ZANA
　　Plaintiff　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

1

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 11th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that |
| 3 | on this 11th day of April 2018, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR** |
| 4 | **DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on |
| 5 | the following: |

ANDREW L. MEEKS #52872
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTION CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
LAWLIBRARY@DOC.NV.GOV

*Mackenzie Hodges*
An Employee of the
Office of the Attorney General